IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN T. GREEN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cv-01806-SEB-DML |
| | ) | |
| CITY OF INDIANAPOLIS, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

The Plaintiff John T. Green and the Defendant City of Indianapolis hereby jointly and voluntarily agree and stipulate to the dismissal of Plaintiff's retaliation claim, with prejudice, in the present cause of action against the Defendant pursuant to Federal Rule of Civil Procedure 41(a). Plaintiff's retaliation claim is the only remaining claim in this case so no further proceeding is necessary and this matter can be closed.

Plaintiff's other claims were previously heard by and resolved by this Court and the Seventh Circuit Court of Appeals. Plaintiff is not dismissing his right to further appeal those claims by filing a timely petition for a writ of certiorari with the Supreme Court of the United States.

Respectfully submitted,

/s/ Jamison J. Allen
/s/ Gregory P. Gadson
Gregory P. Gadson, #25968-49
Jamison J. Allen, #24777-49
LEE & FAIRMAN, LLP
127 East Michigan Street
Indianapolis, IN  46204
Tel:  (317) 631-5151; Fax:  (317) 624-4561

E-mail:  ggadson@nleelaw.com; and jallen@nleelaw.com
Attorneys for Plaintiff


Respectfully submitted,

/s/ Beth Garrison (with permission)_____
Beth Garrison, #25581-49
Chief Litigation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, IN  46204
Tel: (317) 327-4055; Fax:  (317) 327-3968
E-mail:  beth.garrison@indy.gov
Attorney for Defendant